IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TODD LOGAN,

**Plaintiff,**

v.

ILLINOIS CENTRAL RAILROAD
COMPANY, INC, d/b/a CN/IC, and
M&C TRANSPORTATION, INC.,
A CORPORATION,

**Defendants.**                                                          No. 05-CV-0902-DRH


SHANNON M. BELL

**Plaintiff,**

v.

ILLINOIS CENTRAL RAILROAD
COMPANY, INC, d/b/a CN/IC, and
M&C TRANSPORTATION, INC.,
A CORPORATION,

**Defendants.**                                                          No. 05-CV-0904-DRH


**ORDER**

**HERNDON, District Judge:**

        Pending before the Court are motions to consolidate filed in each of these cases (Docs. 4 & 3 respectively).  Plaintiffs move to consolidate these cases for discovery purposes only as these causes of actions arise out of the same accident that

occurred on June 5, 2005 when Logan and Bell were injured while being transported by M&C Transportation, Inc., while employed by Illinois Central Railroad Company, d/b/a CN/IC.  Said motions are **GRANTED**.  The Court **CONSOLIDATES** these case for discovery purposes.

        **IT IS SO ORDERED.**

        Signed this 5th day of January, 2006.

/s/          David RHerndon
**United States District Judge**