IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD LOGAN,<br>SHANNON M. BELL,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD<br>COMPANY and M&C TRANSPORTATION,<br>INC.,<br><br>    Defendants. | Case No. 3:05-cv-902-DRH<br>Case No. 3:05-cv-904-DRH |

**ORDER**

In light of the pre-trial consolidation of the two above-captioned cases, the following is hereby ORDERED:

1. The parties shall file any discovery or scheduling related pleadings/motions/notices, etc. in 3:05-cv-902-DRH.

2. Any Orders or Notices issued regarding discovery/scheduling disputes/motions will be filed in 3:05-cv-902-DRH. These Orders shall be applicable to 3:05-cv-904-DRH unless otherwise indicated.

**DATED: May 26, 2006**

                                              **s/ Donald G. Wilkerson**
                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**