IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TODD LOGAN,**

    **Plaintiff,**

    **vs.**           Cause No.  05-CV 902 DRH

**ILLINOIS CENTRAL RAILROAD COMPANY, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

July 25, 2007          By:   s/Patricia Brown
                                                  Deputy Clerk

APPROVED: /s/    David  RHerndon
             **U.S. DISTRICT JUDGE**